**FILED**
VANESSA L. ARMSTRONG, CLERK

JUN 05 2018

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**U.S. DISTRICT COURT**
**WEST'N DIST. KENTUCKY**

UNITED STATES OF AMERICA

v.

**RODNEY D. BLAKEY, JR.**

INDICTMENT

NO.  3:18-cr-73-DJH

21 U.S.C. §841(a)(1)
21 U.S.C. §841(b)(1)(A)
21 U.S.C. §853

The Grand Jury charges:

COUNT 1
*(Possession of Methamphetamine with Intent to Distribute)*

On or about October 11, 2017, in the Western District of Kentucky, Jefferson County,
Kentucky, **RODNEY D. BLAKEY, JR.**, defendant herein, knowingly and intentionally
possessed with intent to distribute 500 grams or more of a mixture and substance containing a
detectable amount of methamphetamine, a Schedule II controlled substance as defined in Title
21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

NOTICE OF FORFEITURE

If convicted of any violation of Title 21, United States Code, Section 841(a), **RODNEY
D. BLAKEY, JR.**, defendant herein, shall forfeit to the United States any property constituting
or derived from any proceeds the defendant obtained, directly or indirectly, as the result of such

violation, and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the violation.

Pursuant to Title 21, United States Code, Section 853.

A TRUE BILL.

FOREPERSON

RUSSELL M. COLEMAN
UNITED STATES ATTORNEY

RMC/LF/6-5-2018

UNITED STATES OF AMERICA v. **RODNEY D. BLAKEY JR.**

## P E N A L T I E S

Count 1:          NL 10 yrs. – NM life/$10,000,000/both/NL 5 yrs. Supervised Release
(With prior felony drug offense:  NL 20 yrs. – NM life/$20,000,000/NL 10 yrs. Supervised Release)
Forfeiture

## N O T I C E

### ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule.  You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court.  18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1.   **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing.  This rate changes monthly.  Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2.   Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3.   Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

    If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both.  18 U.S.C. § 3615.

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.  18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1.      That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2.      Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:          Clerk, U.S. District Court
                     106 Gene Snyder U.S. Courthouse
                     601 West Broadway
                     Louisville, KY  40202
                     502/625-3500

BOWLING GREEN:       Clerk, U.S. District Court
                     120 Federal Building
                     241 East Main Street
                     Bowling Green, KY  42101
                     270/393-2500

OWENSBORO:           Clerk, U.S. District Court
                     126 Federal Building
                     423 Frederica
                     Owensboro, KY  42301
                     270/689-4400

PADUCAH:             Clerk, U.S. District Court
                     127 Federal Building
                     501 Broadway
                     Paducah, KY  42001
                     270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No.

# UNITED STATES DISTRICT COURT
Western   District   of   Kentucky
Louisville

## THE UNITED STATES OF AMERICA
vs.

### RODNEY D. BLAKEY, JR.

## SUPERSEDING INDICTMENT

**Count 1**
**Possession of Methamphetamine**
**With Intent to Distribute**
21 U.S.C. §§841(a)(1) and 841(b)(1)(A)

**Forfeiture**

*A true bill.*

*Foreperson*

*Filed in open court this 6th day of June, 2018.*

# FILED
VANESSA L. ARMSTRONG, CLERK

*Clerk*

JUN 05 2018

*Bail, $*

U.S. DISTRICT COURT
WEST'N DIST. KENTUCKY