

# Case Assignment
## Standard Criminal Assignment

Case number **3:18CR-73-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Designated Magistrate Judge : Magistrate Judge Dave Whalin
Magistrate Judge Code : 44AP

Assigned on 6/5/2018 11:24:59 AM
Transaction ID: 13802

Request New Judge   Return