

FILED
VANESSA L. ARMSTRONG, CLERK

JUN 05 2018

U.S. DISTRICT COURT
WEST'N DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                      PLAINTIFF

v.                                          3:18-cr-73- DJH

RODNEY D. BLAKEY JR.                                          DEFENDANT

<u>NOTICE OF ENTRY OF APPEARANCE</u>

Assistant United States Attorney hereby enters his appearance of record on behalf of the

United States of America.

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney

Larry Fentress
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 582-6772
FAX:   (502) 582-5097
Email: larry.fentress@usdoj.gov