FILED
VANESSA L. ARMSTRONG, CLERK

AUG 1 0 2018

U.S. DISTRICT COURT
WEST'N DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                             PLAINTIFF

VS.                                    CRIMINAL ACTION NUMBER: 3:18CR-73-DJH

Rodney D. Blakey Jr.                                                                 DEFENDANT

## ACKNOWLEDGMENT OF RIGHT TO APPOINTMENT OF COUNSEL

I, the defendant in the above-styled case, having been advised by the United States Magistrate Judge of my right to be represented by counsel, and having been asked by the Magistrate Judge if I desire counsel to be appointed, do hereby, in open Court voluntarily waive appointment of counsel.

Date: _____

X _____
Defendant

_____
Defense Counsel