Filed _____

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

FILED
VANESSA L. ARMSTRONG, CLERK

AUG 1 4 2018

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA          PLAINTIFF

VS.        NO. 3:18CR-73-DJH

Rodney D. Blakey Jr          DEFENDANT

### WAIVER OF DETENTION HEARING

I acknowledge that the Magistrate Judge has informed me of my right to a detention hearing, pursuant to the provisions of Title 18, United States Code, Section 3142, and that I understand that right.

_____ I HEREBY WAIVE my right to a detention hearing.

_____ I HEREBY WAIVE my right to a detention hearing in this district, and reserve the right to move for a detention hearing in the district where the charges originate.

__X__ I HEREBY WAIVE my right to a detention hearing at this time, and reserve the right to move for a detention hearing at a later date.

_____  14 AUG 18
DEFENDANT          Date

_____  14 AUG 18
COUNSEL FOR DEFENDANT or Deputy Clerk