# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**VS.**                                              **CRIMINAL ACTION NUMBER: 3:18CR-73-DJH**

**RODNEY D. BLAKEY, JR.**                                                                     **DEFENDANT**

## ORDER ON DETENTION HEARING

The above-styled case came before the Honorable Colin H. Lindsay, United States Magistrate Judge, and was called in open Court on August 14, 2018, to conduct a detention hearing.

APPEARANCES

| | |
|---|---|
| For the United States: | Larry E. Fentress, Assistant United States Attorney |
| For the defendant: | Defendant, Rodney D. Blakey, Jr. - Present and in custody<br>Scott C. Cox, Retained - Present |
| Court Reporter: | Digitally recorded |

The defendant, through counsel, having waived his right to a detention hearing in open Court and having executed the appropriate form to that effect,

**IT IS HEREBY ORDERED** that the defendant be remanded to the custody of the United States Marshal pending further order of the Court.

This 17th day of August, 2018       **ENTERED BY ORDER OF THE COURT:**
                                    **COLIN H. LINDSAY**
                                    **UNITED STATES MAGISTRATE JUDGE**
                                    **VANESSA L. ARMSTRONG, CLERK**
                                    **BY: s/ *Kim Davis* - Deputy Clerk**

Copies: U.S. Attorney
        U.S. Probation
        Counsel for Defendant

|05