UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                 Plaintiff,

v.                                                                     Criminal Action No. 3:18-cr-73-DJH

RODNEY D. BLAKEY, JR.,                                                                   Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on September 21, 2018, with the following counsel participating:

    For the United States:    Larry Fentress

    For Defendant:    Scott Cox

The Court and counsel discussed the procedural posture of the case. Counsel reported that discovery is not yet complete. The Court and counsel also discussed the necessity of another status conference. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) This matter is set for a status conference on **September 28, 2018, at 2:00 p.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

(2) The October 15, 2018 trial date and all pretrial deadlines remain in place. (*See* Docket No. 10)

September 21, 2018

Court Time: 00/05
Court Reporter: Dena Legg

                                              **David J. Hale, Judge**
                                              **United States District Court**