UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:18-cr-73-DJH

RODNEY D. BLAKEY, JR.,     Defendant.

\* \* \* \* \*

## ORDER

Defendant Rodney D. Blakey, Jr., having pleaded guilty in this matter (Docket No. 15), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the trial of this matter, currently set for October 15, 2018, is **REMANDED** from the Court's docket. All pretrial deadlines are **VACATED**.

October 1, 2018

cc: Jury Administrator

**David J. Hale, Judge**
**United States District Court**

1