UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v. Criminal Action No. 3:18-cr-73-DJH

RODNEY D. BLAKEY, JR., Defendant.

\* \* \* \* \*

**MEMORANDUM OF CONFERENCE AND ORDER**

This matter came before the Court on December 17, 2018 for a sentencing hearing. The Defendant moved to continue sentencing and the United States did not object. The Court finds the request to be reasonable. With agreement of the parties, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that a sentencing hearing is **RESET** in this matter for **January 25, 2019 at 10:30 a.m.**, at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

December 17, 2018

**David J. Hale, Judge
United States District Court**

Court Time: 00/05
Court Reporter: Dena Legg

1