USDC KYWD 245B (Rev. 02/16) Judgment in a Criminal Case Sheet 2 - Imprisonment

Judgment-Page 3 of 8

DEFENDANT: Blakey Jr., Rodney D.
CASE NUMBER: 3:18-CR-73-1-DJH

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total **term of 120 months as to Count 1 of the Indictment.**

☒ The Court makes the following recommendations to the Bureau of Prisons: 1) That the Defendant be evaluated for participation in the Residential Drug Abuse Program; 2) That the Defendant's medical condition be evaluated for appropriate placement; and 3) That the Defendant be housed in a facility as close as possible to his family in Louisville, Kentucky.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at          A.M. / P.M. on

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ Before 2:00 p.m. on

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

☐ The defendant shall continue under the terms and conditions of his/her present bond pending surrender to the institution.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 3/6/19 To FCI Ashland

at Ashland KY , with a certified copy of this judgment.

J.C. Stieeval, Warden

UNITED STATES MARSHAL

By N.Barne___ SCSS
Deputy U.S. Marshal